## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ralph L. Baker<br>Keri A. Baker fka Keri A. Chew<br><u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 23-21114 CMB |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Pennsylvania Equity Resources, Inc., and index same on the master mailing list.

    Respectfully submitted,

**/s/ Brian C. Nicholas**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com