IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

In re:

RALPH L. BAKER and
KERI A. BAKER,

    Debtors,

Case Number: 23-21114-CMB

Chapter 7

---

UNITED STATES TRUSTEE,

    Movant,

v.

RALPH L. BAKER and
KERI A. BAKER,

    Respondents.

Related to Doc. No.: 19

## ORDER OF COURT

AND NOW, on this __29th__ day of __September__, 2023, upon consideration of the United State Trustee's Consent Motion for Extension of Time to File Complaint Objecting to Discharge under 11 U.S.C. § 727 and Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) (the "Motion"), and that sufficient cause for the extension exists;

IT IS HEREBY ORDERED that the period for filing a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b) is hereby extended to November 27, 2023.

*/s/ Carlota M. Böhm*
CARLOTA M. BÖHM
U.S. Bankruptcy Judge

FILED
9/29/23 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 23-21114-CMB
Ralph L. Baker | Chapter 7
Keri A. Baker
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ralph L. Baker, Keri A. Baker, 161 Buffalo Hill Road, Irwin, PA 15642-8638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNSYLVANIA EQUITY RESOURCES INC. bnicholas@kmllawgroup.com |
| Brian P. Cavanaugh | on behalf of Joint Debtor Keri A. Baker bcavanaugh@greensburglaw.com bpcsecretary@greensburglaw.com |
| Brian P. Cavanaugh | on behalf of Debtor Ralph L. Baker bcavanaugh@greensburglaw.com bpcsecretary@greensburglaw.com |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Debtor Ralph L. Baker lms@nsslawfirm.com
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com,
    PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8