**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ralph L. Baker**
**Keri A. Baker**
**fka Keri A. Chew**
　Debtor(s)

Bankruptcy Case No.: 23−21114−CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

　　Lisa M. Swope, Chapter 7 Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: December 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Carlota M Bohm
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge